**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| HEALTHCARE JUSTICE COALITION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, UMR, INC., ALL SAVERS INSURANCE COMPANY, GOLDEN RULE INSURANCE COMPANY, UNITEDHEALTHCARE SERVICES, INC., AND DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-00199-TLS-APR<br><br>Judge Theresa L. Springmann<br><br>Magistrate Judge Andrew P. Rodovich |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants by and through their attorneys, Seyfarth Shaw LLP, pursuant to L.R. 6-1 and Fed. R. Civ. P. 6(b), submit this unopposed motion for extension of time to respond to Plaintiff's First Amended Complaint as follows:

1. On April 4, 2026, Plaintiff filed its First Amended Complaint. (ECF No. 28.)

2. On April 17, 2026, Defendants filed their combined Notice of Extension of Time and Unopposed Motion for Extension of Time.  (ECF No. 32.) Defendant UnitedHealthcare Insurance Company ("UHIC"), moved for an unopposed extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint on or before June 4, 2026 (ECF No. 32 ¶¶ 11-16) and the non-UHIC Defendants (who were named for the first time in the FAC) submitted their notice of automatic initial extension pursuant to S.D. Ind. L.R. 6-1, (ECF No. 32 ¶¶ 8-10).

3. On April 17, 2026, the United States District Court for the Southern District of

Indiana granted UHIC's motion and ordered that UHIC file its responsive pleading by June 4, 2026. (ECF No. 33.) This order set all Defendants' response deadlines to June 4, 2026.

4.      However, on May 5, 2026, the S.D. Indiana Court transferred this matter to this Court. (ECF Nos. 30, 34-37.)

5.      In light of the transfer (and the pending fully briefed motion for jurisdictional discovery, which may impact Defendants' response to the First Amended Complaint), Defendants respectfully request a brief, unopposed extension of time of 21 days, to and including, June 25, 2026, to respond to the First Amended Complaint.

6.      On May 21, 2026, counsel for Defendant conferred with counsel for Plaintiff, who did not object to the requested extension.

7.      This motion is filed in good faith, not for the purposes of undue delay, and prior to Defendants' deadline to respond to Plaintiff's First Amended Complaint.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court enter an order allowing Defendants a twenty-one day extension of time, to and including June 25, 2026, to respond to Plaintiff's First Amended Complaint and grant such other relief as the Court deems just and proper.

DATED:  May 27, 2026                        Respectfully submitted,


By: */s/ Jules A. Levenson*
    Jules A. Levenson
    jlevenson@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Ste. 8000
    Chicago, Illinois 60606
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    Amanda L. Genovese
    (*pro hac vice motion forthcoming*)

326156679v.3

agenovese@seyfarth.com
SEYFARTH SHAW LLP
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorneys for Defendants*

3

326156679v.3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 27, 2026, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


*/s/ Jules A. Levenson*
Jules A. Levenson

326156679v.3