**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| HEALTHCARE JUSTICE COALITION, LLC, | |
| Plaintiff, | Case No. 2:26-cv-00199-TLS-APR |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY, *et al.* | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants UnitedHealthcare Insurance Company, UMR, Inc., All Savers Insurance Company, Golden Rule Insurance Company, and United Healthcare Services, Inc., (collectively "Defendants"), through their attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move the Court to dismiss the Amended Complaint of Healthcare Justice Coalition, LLC ("Plaintiff") with prejudice.  As explained in Defendants' accompanying memorandum of law, Plaintiff's claims are preempted in significant part by the Employee Retirement Income Security Act and the Medicare Act. Additionally, Plaintiff fails to plausibly allege entitlement to recovery under its quantum meruit/unjust enrichment, its breach of implied-in-fact contract theory, or its suit on account theory.

WHEREFORE, for the foregoing reasons and the reasons set forth in Defendants' memorandum in support, the Court should dismiss Plaintiff's Amended Complaint in its entirety with prejudice and grant such further relief as the Court deems just and proper.

DATED: June 25, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ *Jules A. Levenson*

Jules A. Levenson
jlevenson@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Ste. 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Amanda L. Genovese (*pro hac vice forthcoming*)
Torrey Young (*pro hac vice forthcoming*)
agenovese@seyfarth.com
tkyoung@seyfarth.com
SEYFARTH SHAW LLP
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2026, the foregoing was filed with the Court's CM/ECF system, which will send a notification of filing to all counsel of record.

*/s/Jules A. Levenson*
Jules A. Levenson